```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2024
```

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                    Fax: 718-740-2000
*Employment and Labor Lawyer*                                              Web: www.abdulhassan.com

<center>**June 27, 2024**</center>

**Via ECF**

Hon. Mary Kay Vyskocil, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312
Tel: 212-805-0174

<center>**Re: Grullon v. DY Heights LLC et al**
**Case No.  23-CV-10431 (MKV)(RWL)**
**Motion for Extension of Time**</center>

Dear Judge Vyskocil:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the June 27, 2024 deadline for the parties to provide the Court with a status report on their June 24, 2024 mediation. This request is being made because the parties need to engage in some further discussions concerning resolution. No prior request for an extension of this deadline was made.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsels via ECF**

---

**Granted. SO ORDERED.**

Date: 6/28/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

1